Kowker Unemployment Compensation Case.
Hershey Chocolate Corporation, Appellant, *v.*
Unemployment Compensation Board
of Review.

Argued March 14, 1967. *J. Thomas Menaker,* with him *McNees, Wallace & Nurick,* for appellant; *Michael F. Walsh,* with him *Meranze, Katz, Spear & Bielitsky,* for appellees; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Kuhns Unemployment Compensation Case.

Argued March 14, 1967. *John D. Killian,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

McDermott Brothers, Inc., Appellant, *v.* Mansfield Joint School Authority.

Argued March 21, 1967. *Richard H. Roesgen,* with him *McNerney, Page, Vanderlin & Hall,* for appellant; *Robert F. Cox,* with him *Cox, Wilcox, Owlett & Lewis,* for appellee.

Order affirmed.